■

**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Diego Emilio TABORDA–PATINO,
Defendant–Appellant.**

**No. 07–50493
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 3, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, DAVIS, and WIENER, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Diego Emilio Taborda–Patino raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007), *petition for cert. filed* (Aug. 28, 2007) (No. 07–6202). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Efrain GARCIA, Defendant–Appellant.**

**No. 07–50443
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 3, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, DAVIS, and WIENER, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Efrain Garcia raises arguments that

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.
* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007), *petition for cert. filed* (Aug. 28, 2007) (No. 07–6202). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Juan Carlos ARVIZU–CASTILLO,**
**Defendant–Appellant.**

**No. 07–50433**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 3, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

published and is not precedent except under the limited circumstances set forth in 5ᴛʜ Cɪʀ. R. 47.5.4.

\* Pursuant to 5ᴛʜ Cɪʀ. R. 47.5, the court has determined that this opinion should not be

Before JOLLY, DAVIS, and WIENER, Circuit Judges.

PER CURIAM: \*

Appealing the Judgment in a Criminal Case, Juan Carlos Arvizu–Castillo raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007), *petition for cert. filed* (Aug. 28, 2007) (No. 07–6202). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Raul Ricardo BAUTISTA–AVILA, also known as Raul Bautista, also known as Raul Bautista–Avila, Defendant–Appellant.**

**No. 07–50414**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 3, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western

published and is not precedent except under the limited circumstances set forth in 5ᴛʜ Cɪʀ. R. 47.5.4.